UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMAD JAVON LANE, an individual,<br><br>                Plaintiff,<br><br>-against-<br><br>BEYONCÉ KNOWLES CARTER; PARKWOOD ENTERTAINMENT; and COLUMBIA RECORDS,<br><br>                Defendants. | Civil Action No. 1:14-CV-06798-PAE<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Ilene S. Farkas, Esq. and exhibits attached thereto, and the accompanying Memorandum of Law, Defendants Beyoncé Giselle Knowles-Carter and Parkwood Entertainment, LLC (collectively, "Defendants"), shall move this Court, before the Honorable Paul A. Engelmayer at the Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square, New York, New York, 10007, on July 17, 2015 at a time to be directed by the Court, for an Order dismissing Plaintiff Ahmad Javon Lane's Amended Complaint for failure to state a claim for relief under Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice. The reasons and grounds for Defendants' motion are more fully described in the accompanying Memorandum of Law in support of this motion.

Dated: New York, New York
      June 4, 2015

                                        PRYOR CASHMAN LLP

                                        By:   */s Ilene S. Farkas*
                                              Brad D. Rose (BR-2740)
                                              brose@pryorcashman.com
                                              Ilene S. Farkas (IF-3212)
                                              ifarkas@pryorcashman.com
                                              Rebecca M. Siegel (RS-1137)
                                              rsiegel@pryorcashman.com
                                      7 Times Square
                                      New York, New York 10036
                                      Tel: (212) 326-0188
                                      Fax: (212) 798-6382

                                      *Attorneys for Defendants Beyoncé Giselle Knowles-Carter and Parkwood Entertainment, LLC*


TO:     Ahmad Javon Lane
          9965 Kings Parade Blvd.
          Charlotte, NC 28273
          (305) 812-2890
          thisisjavoninfo@gmail.com

          *Plaintiff Pro Se*